# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
slk@stewartkarlin.com

MEMBER OF THE BAR
NEW YORK & FLORIDA

Concentrating in Employment, Education, and Insurance Law

Website: www.stewartkarlin.com

September 23, 2024

**Via SDNY ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:   Schultz v. Peekskill City School District**
       **Case No: 24-cv-04601-KMK**

Your Honor:

Plaintiff is writing this letter *on consent* to request an adjournment of the telephone conference in the above-referenced case from October 3, 2024, at 10:00 a.m. to October 28, 2024, at 10:00 a.m., or such a date that is convenient for the Court. The reason for the request is Plaintiff's papers are currently in the process of being served upon Defendant and Plaintiff's counsel will be traveling.

Thank you for your consideration in this matter.

Very truly yours,

*s/ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.

cc: All Counsel of Record via SDNY ECF.

---

Denied in the absence of further explanation. Papers can be served electronically and/or by a third party. Therefore, the Court is at a loss to understand why there needs to be a 25-day adjournment of this conference.

So Ordered.

9/23/24