# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670/Office
(212) 732-4443/Fax
slk@stewartkarlin.com

MEMBER OF THE BAR
NEW YORK & FLORIDA

Concentrating in Employment, Education, and Insurance Law

Website: www.stewartkarlin.com

September 23, 2024

**Via SDNY ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:    Schultz v. Peekskill City School District**
       **Case No: 24-cv-04601-KMK**

Your Honor:

Plaintiff is writing this letter to request reconsideration of the denial of the adjournment of the telephone conference in the above-referenced case from October 3, 2024. Apparently, an older version of the letter was uploaded, and the Defendant has in fact been served and has answered. I apologize to the Court for the confusion. The reason for the request is Plaintiff's counsel will be traveling at the time the conference on October 3, 2024 at 10:00 am on American Airlines Flight No. AA 76 to San Fransico, CA and will be returning on October 7, 2024.

Thank you for your consideration in this matter.

Very truly yours,

The conference is adjourned to 11/19/24, at 11:00 AM

So Ordered.
[signature]
9/23/24

*s/ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.

cc: All Counsel of Record via SDNY ECF.