# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

November 20, 2024

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

      Re:    Schultz v. Peekskill City School District,
                Case No.: 24-CV-04601 (KMK)

Dear Judge Karas:

Our office represents Defendant Peekskill City School District (the "District") in the above-referenced matter.[1]

On November 19, 2024, at 11:00 AM, the parties appeared telephonically before Your Honor for an initial conference. During the conference, the parties jointly requested that the matter be stayed pending the resolution of 3020-a charges against Plaintiff Jill Schultz. Your Honor granted the stay, and ordered that the parties are to provide a status update regarding the 3020-a proceeding, via letter, on or before May 30, 2025.

Thank you for Your Honor's consideration.

So Ordered.
*[signature]*
11/20/24

Very truly yours,

SILVERMAN & ASSOCIATES

*[signature]*
Stan Sharovskiy, Esq.

cc:

**TO ALL COUNSEL OF RECORD
VIA ECF**

---

[1]. We submit this letter memorializing the November 19, 2024 initial conference at the Court's request and with the consent of counsel for Plaintiff.

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com