# STEWART LEE KARLIN LAW GROUP, P.C.

## ATTORNEYS AT LAW

**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
**slk@stewartkarlin.com**

MEMBER OF THE BAR
NEW YORK & FLORIDA

Concentrating in Employment, Education, and
Insurance Law

Website: www.stewartkarlin.com

April 3, 2026

**Via SDNY ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re:    Schultz v. Peekskill City School District**
**Case No: 24-cv-04601-KMK**

Your Honor:

Plaintiff is writing this letter regarding the status of the above-mentioned matter. As Your Honor may recall, this matter was stayed due to a 3020-a hearing against Plaintiff by Peekskill. The 3020-a hearing resolved and Plaintiff was terminated. However, an appeal was taken by Plaintiff, and the appeal is currently pending in Westchester Supreme Court in the case *Schultz v. Peekskill City School District*, 59141/2026. Plaintiff's counsel was advised on March 31, 2026, that Defendant does not oppose the continuation of the stay. Thus, Plaintiff would respectfully request that the stay be continued and provide a status report in September unless there is an earlier resolution to the state court proceeding.

Thank you for your consideration in this matter.

Very truly yours,

Granted. The Parties are to provide a
status report by 9/1/26.

So Ordered.

4/6/26

*s/ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.