Case 7:24-cv-04601-KMK Document 29 Filed 11/23/26 Page 1 of 1


# STEWART LEE KARLIN LAW GROUP, P.C.

**ATTORNEYS AT LAW**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(212) 732-4443/Fax**
**slk@stewartkarlin.com**

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

**Concentrating in Employment, Education, and Insurance Law**

**Website:** www.stewartkarlin.com


November 23, 2026

**Via SDNY ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re: Schultz v. Peekskill City School District**
**Case No: 24-cv-04601-KMK**

Your Honor:

Plaintiff is writing this letter regarding the status of the above-mentioned matter. As Your Honor may recall, this matter was stayed due to a 3020-a hearing against Plaintiff by Peekskill. The 3020-a hearing resolved and Plaintiff was terminated. However, an appeal was taken by Plaintiff, and the appeal is currently pending in Westchester Supreme Court in the case *Schultz v. Peekskill City School District*, 59141/2026. The Court had previously issued a stay. Plaintiff's counsel was advised on November 23, 2026, that Defendant does not oppose the continuation of the stay. Thus, Plaintiff would respectfully request that the stay be continued and provide a status report in February unless there is an earlier resolution to the state court proceeding.

Thank you for your consideration in this matter.

Very truly yours,

*s/ Stewart Lee Karlin*
Stewart Lee Karlin, Esq.

cc: All Counsel of Record via SDNY ECF

Granted. Counsel is to provide a status report by 1/31/27.

So Ordered.

11/24/26